No. 558. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY ET AL. *v.* GWENDEN SHAFFER, BY HER GUARDIAN, ETC. Error to the Supreme Court of the State of Missouri. Motion to dismiss or affirm submitted January 7, 1924. Decided January 14, 1924. *Per Curiam.* Affirmed upon the authority of *Minneapolis & St. Louis Ry. Co.* v. *Beckwith,* 129 U. S. 26; *Missouri, Kansas & Texas Ry. Co.* v. *May,* 194 U. S. 267; *Louisville & Nashville R. R. Co.* v. *Melton,* 218 U. S. 36, 52–53; *Jeffrey Mfg. Co.* v. *Blagg,* 235 U. S. 571, 576–577; *Rast* v. *Van Deman & Lewis Co.,* 240 U. S. 342, 357–358; *New York Central*

*R. R. Co.* v. *White,* 243 U. S. 188, 208. *Mr. Platt Hubbell,* for defendant in error, in support of the motion. *Mr. John E. Dolman, Mr. M. L. Bell, Mr. W. F. Dickinson, Mr. Bruce Scott, Mr. H. J. Nelson* and *Mr. J. G. Trimble,* for plaintiffs in error, in opposition to the motion.